**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7479**

———————

DANIEL JONES,

Plaintiff - Appellant,

versus

WILLIAM D. CATOE, Deputy Director of SCDC;
GERALDINE MIRO, Warden of ACI; MS. ULMER,
Paymaster of ACI; L. J. ALLEN, Regional Direc-
tor; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-98-35263-17BC)

———————

Submitted:  April 27, 2000          Decided:  May 3, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Jones, Appellant Pro Se.  Marvin Coleman Jones, BOGOSLOW &
JONES, Walterboro, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Catoe, No. CA-98-35263-17BC (D.S.C. Oct. 13, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on October 8, 1999, the district court's records show that it was entered on the docket sheet on October 13, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, we take the date the order was entered on the docket sheet as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).